# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:05CR93-V

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | |
| | ) | **Scheduling Order** |
| Erik B. Blowers | ) | |
| | ) | |

**THIS MATTER** is before the Court on the Defendant's Motion for scheduling of certain trial and pretrial matters.

Pursuant to 18 U.S.C. 3161(h)(8), the Court adopts the following scheduling Order:

1. The Government will provide open file discovery of all materials in its possession on or before June 30, 2005.

2. All pretrial motions shall be filed on or before July 30, 2005, and all responses shall be filed on or before August 31, 2005.

3. The Government shall disclose, pursuant to Rule 16 of the Federal Rules of Criminal Procedure, any experts it intends to call during the trial of this case, along with the information required to be disclosed by this Rule and the Rules of Evidence, on or before July 15, 2005.

4. The defense shall disclose, pursuant to Rule 16 of the Federal Rules of Criminal Procedure, any experts it intends to call during the trial of this case, along with the information required to be disclosed by this Rule and the Rules of Evidence, on or before August 15, 2005.

5. The Government and the defense shall submit any proposed items which they wish to be included in the Court's jury questionnaire by August 31, 2005.

**SO ORDERED**.

**Signed: June 8, 2005**

_Carl Horn, III_

Carl Horn, III
United States Magistrate Judge