**RECEIVED**
CHARLOTTE, N.C.

OCT 07 2005

Clerk, U.S. Dist. Court
W. Dist. of N.C.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO.   3:05CR93

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **Order to Seal Supplemental** |
| ) | **Information** |
| Erik B. Blowers ) | |
| ) | |

This matter is before the Court upon defendant Erik B. Blowers' Motion to Seal. For good cause shown, and for the reasons stated in the Motion, it is hereby ORDERED that defendant Blowers' Supplemental Information Relating to Use of May 19, 2003 Compelled Statement of Special Agent Erik Blowers shall be filed by the Clerk UNDER SEAL.

This the 24th day of October, 2005.

N. Carlton Tilley, Jr.
Chief Judge