IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 3:05CR93-V |
| | ) | |
| ERIK B. BLOWERS, | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 3:02CR93-V |
| | ) | |
| DENNIS PLAKSIN, et al. | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

TILLEY, Chief Judge

In the Memorandum Order dated October 17, 2005 [Doc. # 66], this Court adopted in part Magistrate Judge Carl Horn's Recommendation that certain materials from the above captioned cases be unsealed. Specifically, the Court ordered that the affidavit accompanying the search warrant application in the case of United States v. Blowers, No. 3:05CR93, be unsealed in its entirety. This portion of the Memorandum Order is hereby stayed pending an appeal of the Court's decision to release the search warrant affidavit. This stay shall remain in effect until 5 P.M. on October 31, 2005 when the time to file an appeal expires. A

stay pending appeal may be sought from the Fourth Circuit.

This the 25th day of October, 2005.

                                                                                      *[signature]*
                                                                                 United States District Judge