IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | 3:05-CR-0093 |
| ) | |
| ERIK B. BLOWERS, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

The Defendant has requested production of government documents, including an investigator's notes. The parties' attention is drawn to cases such as <u>United States v. Brown</u>, 303 F.3d 582, 590-91 (5th Cir.2002); <u>United States v. Muhammad</u>, 120 F.3d 688, 699 (7th Cir.1997); and <u>United States v. Hinton</u>, 719 F.2d 711 (4th Cir.1983). The parties are directed to prepare to argue the production motion Tuesday November 1, 2005 and to furnish in advance any further citations of authority that bear upon the issues.

The Government should have present all documents in the event its objection to any particular document should be overruled.

This the      day of October, 2005.

_____
United States District Judge