IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:05-CR-0093 |
| | ) | |
| ERIK B. BLOWERS | ) | |

ORDER

Having reviewed the Government's Motion to Dismiss Indictment, along with the entire record in this matter, and having found good cause to grant the motion, it is this 10th day of October, 2006, hereby

ORDERED, that the government is granted leave to dismiss the Indictment in Case No. 3:05-CR-0093 pursuant to Fed. R. Crim. P. 48(a), and it is

further ORDERED, that the Indictment in the above-captioned matter is hereby dismissed without prejudice.

N. Carlton Tilley, Jr.
United States District Judge